JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMINA MALDONADO, et al., ) | Case No. CV 15-6610 FMO (PJWx) |
| Plaintiffs, ) | |
| v. ) | **ORDER DISMISSING ACTION** |
| BODEGA LATINA CORP., et al., ) | |
| Defendants. ) | |

On March 10, 2016, the court ordered plaintiff Guillermina Maldonado ("Maldonado") to show cause as to why her action should not be dismissed for lack of prosecution. The court ordered Maldonado to appear at a hearing scheduled for March 17, 2016, at 10:00 am, in Courtroom 22 of the Spring Street Courthouse, located at 312 N. Spring Street, Los Angeles, CA, 90012. The court noted that failure to appear may result in the dismissal of Maldonado's action.

Maldonado did not appear at the hearing. Accordingly, IT IS ORDERED that plaintiff Guillermina Maldonado's action is **dismissed** for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41.

Dated this 17th day of March, 2016.

/s/
Fernando M. Olguin
United States District Judge